# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In Re: §
§
Hugo Alvarez § Case No. 16-29423
§
Debtor §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 09/15/2016 . The undersigned trustee was appointed on 09/15/2016 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---|
| 4. The trustee realized gross receipts of | $ | 9,651.00 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 0.00 |
| Bank service fees | | 36.07 |
| Other payments to creditors | | 0.00 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 0.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 9,614.93 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6.  The deadline for filing non-governmental claims in this case was  10/23/2017  and the deadline for filing governmental claims was  10/23/2017 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7.  The Trustee's proposed distribution is attached as **Exhibit D**.

     8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 851.90 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 851.90 , for a total compensation of $ 851.90 [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 3.10 , for total expenses of $ 3.10 [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 05/02/2018            By: /s/STEVEN R. RADTKE
                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 16-29423 | CAD | Judge: | Carol A. Doyle | Trustee Name: | STEVEN R. RADTKE |
|---|---|---|---|---|---|---|
| Case Name: | Hugo Alvarez | | | | Date Filed (f) or Converted (c): | 09/15/2016 (f) |
| | | | | | 341(a) Meeting Date: | 10/17/2016 |
| For Period Ending: | 05/02/2018 | | | | Claims Bar Date: | 10/23/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 3458 W 72Nd St Chicago Il 60629-0000 Cook | 95,000.00 | 95,000.00 | | 0.00 | FA |
| 2. 2006 Saturn Vue Mileage: 128704 Location: 3458 W. 72Nd St, C | 2,990.00 | 2,990.00 | | 0.00 | FA |
| 3. Stove And Refrigerator Location: 3458 W. 72Nd St, Chicago Il | 50.00 | 0.00 | | 0.00 | FA |
| 4. Pots And Pans And Cooking Utensils Location: 3458 W. 72Nd St | 30.00 | 0.00 | | 0.00 | FA |
| 5. Dining Room Table With 5 Chairs Location: 3458 W. 72Nd St, C | 120.00 | 0.00 | | 0.00 | FA |
| 6. Microwave Location: 3458 W. 72Nd St, Chicago Il 60629 | 15.00 | 0.00 | | 0.00 | FA |
| 7. Tv Unit With Shelf Location: 3458 W. 72Nd St, Chicago Il 606 | 100.00 | 0.00 | | 0.00 | FA |
| 8. Love Seat And Couch Location: 3458 W. 72Nd St, Chicago Il 60 | 60.00 | 0.00 | | 0.00 | FA |
| 9. 2Coffee Table And Console And Center Table Location: 3458 W. | 50.00 | 0.00 | | 0.00 | FA |
| 10. 3 Twin Size Beds With Bunk System Location: 3458 W. 72Nd St, | 75.00 | 0.00 | | 0.00 | FA |
| 11. 1 Queen Size Bed With Frame Location: 3458 W. 72Nd St, Chica | 50.00 | 0.00 | | 0.00 | FA |
| 12. Washer And Dryer Location: 3458 W. 72Nd St, Chicago Il 60629 | 100.00 | 0.00 | | 0.00 | FA |
| 13. 3 Small Tvs Location: 3458 W. 72Nd St, Chicago Il 60629 | 150.00 | 0.00 | | 0.00 | FA |
| 14. Cell Phone Location: 3458 W. 72Nd St, Chicago Il 60629 | 50.00 | 0.00 | | 0.00 | FA |
| 15. Undergarments, Shirts, Shoes, Pants And Other Wearing Appare | 200.00 | 0.00 | | 0.00 | FA |
| 16. Cash | 20.00 | 0.00 | | 0.00 | FA |
| 17. Chase Ending 7738 Po Box 659754 San Antonio, Tx 78265-9754 * | 428.73 | 0.00 | | 0.00 | FA |
| 18. Chase Checking Account Ending 3923 Po Box 659754 San Antonio | 152.43 | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 16-29423 | CAD | Judge: | Carol A. Doyle | Trustee Name: | STEVEN R. RADTKE |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | Hugo Alvarez | | | | Date Filed (f) or Converted (c): | 09/15/2016 (f) |
| | | | | | 341(a) Meeting Date: | 10/17/2016 |
| For Period Ending: | 05/02/2018 | | | | Claims Bar Date: | 10/23/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 19. 2015 Federal Tax Refund<br>    Location: 3458 W. 72Nd St, Chicago | 7,301.00 | 0.00 | | 0.00 | FA |
| 20. 2015 State Tax Refund<br>    Location: 3458 W. 72Nd St, Chicago Il | 948.00 | 0.00 | | 0.00 | FA |
| 21. Unscheduled 2016 Federal tax refund (u) | 8,891.00 | 8,891.00 | | 8,891.00 | FA |
| 22. Unscheduled 2016 State tax refund (u) | 760.00 | 760.00 | | 760.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)         $117,541.16         $107,641.00         $9,651.00         $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

4/2018  Work on fee petition and trustee's final report

2/2018  Confirm creditor list; confirm secured creditor's position re deficiency claim

10/2017  Continued investigation of claims

9/2017  Receipt of 2016 State of Illinois tax refund received

7/2017 Case reopened to administer unscheduled 2016 tax refund received

10/12/16 IRS Refund Intercept letter sent

10/16 Anticipated 2015 tax refund; still being processed

Initial Projected Date of Final Report (TFR): 12/31/2017         Current Projected Date of Final Report (TFR): 06/30/2018

UST Form 101-7-TFR (5/1/2011) *(Page: 4)*

Exhibit A

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | |
|---|---|
| Case No: 16-29423 | Trustee Name: STEVEN R. RADTKE |
| Case Name: Hugo Alvarez | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX6396 |
| | Checking |
| Taxpayer ID No: XX-XXX7851 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 05/02/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/21/17 | 21 | United States Treasury Kansas City, MO | Tax refund | 1224-000 | $8,891.00 | | $8,891.00 |
| 08/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $8,881.00 |
| 09/08/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $13.20 | $8,867.80 |
| 09/28/17 | 22 | Hugo Alvarez | Unscheduled 2016 State tax refund | 1224-000 | $760.00 | | $9,627.80 |
| 10/06/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $12.87 | $9,614.93 |

| | | |
|---|---|---|
| COLUMN TOTALS | $9,651.00 | $36.07 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $9,651.00 | $36.07 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $9,651.00 | $36.07 |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*         Page Subtotals:        $9,651.00        $36.07

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX6396 - Checking | $9,651.00 | $36.07 | $9,614.93 |
|  | $9,651.00 | $36.07 | $9,614.93 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $9,651.00 |
| Total Gross Receipts: | $9,651.00 |

Exhibit C

ANALYSIS OF CLAIMS REGISTER

Case Number: 16-29423  
Debtor Name: Hugo Alvarez  
Claims Bar Date: 10/23/2017  

Date: May 2, 2018

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL 60603<br>, | Administrative | | $0.00 | $851.90 | $851.90 |
| 100 2200 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL 60603<br>, | Administrative | | $0.00 | $3.10 | $3.10 |
| 1 350 7200 | Synchrony Bank<br>C/O Pra Receivables Management, Llc<br>Po Box 41021<br>Norfolk Va 23541 | Unsecured | | $2,493.00 | $2,493.36 | $2,493.36 |
| | Case Totals | | | $2,493.00 | $3,348.36 | $3,348.36 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 16-29423
Case Name: Hugo Alvarez
Trustee Name: STEVEN R. RADTKE

    Balance on hand                              $         9,614.93

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: STEVEN R. RADTKE | $ 851.90 | $ 0.00 | $ 851.90 |
| Trustee Expenses: STEVEN R. RADTKE | $ 3.10 | $ 0.00 | $ 3.10 |

    Total to be paid for chapter 7 administrative expenses    $         855.00
    Remaining Balance                                          $       8,759.93

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

    Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

NONE

Tardily filed claims of general (unsecured) creditors totaling $ 2,493.36 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 100.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Synchrony Bank | $ 2,493.36 | $ 0.00 | $ 2,493.36 |
| | Total to be paid to tardy general unsecured creditors | | | $ 2,493.36 |
| | Remaining Balance | | | $ 6,266.57 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 0.6 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 23.17 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 6,243.40 .