UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | Case No. 16-29423 |
| | ) | |
| HUGO ALVAREZ, | ) | Hon. Carol A. Doyle |
| | ) | |
| | ) | |
| Debtor. | ) | |

### Certificate Of Service

I, Steven R. Radtke, hereby certify that on **May 17, 2018**, I caused a true and correct copy of the **Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR)** to be served on the persons on the attached service list via First Class mail, postage prepaid, as indicated on the service list.

/s/ Steven R. Radtke
STEVEN R. RADTKE, TRUSTEE
Attorney ID No. 0312-4816
79 WEST MONROE STREET
SUITE 1305
CHICAGO IL 60603
(312) 346-1935

AlvarezNFRCrtSrv

# SERVICE LIST
# HUGO ALVAREZ, DEBTOR
# CASE NO. 16-29423

Office of the United States Trustee
219 South Dearborn, Room 873
Chicago, IL 60604

Hugo Alvarez
3458 W. 72nd St
Chicago, IL  60629

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

AlvarezTFRSrvList

1