UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In Re: §
§
§
Hugo Alvarez § Case No. 16-29423
§
§
Debtor §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

STEVEN R. RADTKE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 88,889.00<br>*(Without deducting any secured claims)* | Assets Exempt: 19,001.16 |
| Total Distributions to Claimants:  2,516.53 | Claims Discharged<br>Without Payment:  365,730.22 |
| Total Expenses of Administration:  891.07 | |

3) Total gross receipts of $ 9,651.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 6,243.40  (see **Exhibit 2**), yielded net receipts of $ 3,407.60  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 357,091.22 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 891.07 | 891.07 | 891.07 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 11,132.00 | 2,493.36 | 2,493.36 | 2,516.53 |
| **TOTAL DISBURSEMENTS** | $ 368,223.22 | $ 3,384.43 | $ 3,384.43 | $ 3,407.60 |

4) This case was originally filed under chapter 7 on 09/15/2016 . The case was pending for 22 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/09/2018            By:/s/STEVEN R. RADTKE
                                             Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Unscheduled 2016 Federal tax refund | 1224-000 | 8,891.00 |
| Unscheduled 2016 State tax refund | 1224-000 | 760.00 |
| **TOTAL GROSS RECEIPTS** | | **$9,651.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Hugo Alvarez | Surplus Funds Paid to Debtor 726 (a)(6) (includes Payments to shareholders and limited partners) | 8200-002 | 6,243.40 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 6,243.40** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | CHASE- BANKRUPTCY FILING, 3415 VISION DRIVE Columbus, OH 43219-6009 | | 357,091.22 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 357,091.22** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEVEN R. RADTKE | 2100-000 | NA | 851.90 | 851.90 | 851.90 |
| STEVEN R. RADTKE | 2200-000 | NA | 3.10 | 3.10 | 3.10 |
| Associated Bank | 2600-000 | NA | 36.07 | 36.07 | 36.07 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 891.07 | $ 891.07 | $ 891.07 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | 0.00 | NA | NA | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank Of America, Nc4-105-03-14 Po Box 26012 Greensboro, NC 27410 | | 4,928.00 | NA | NA | 0.00 |
| | Capital One, Capital One Retail Po Box 30253 Salt Lake City, UT 54130 | | 1,837.00 | NA | NA | 0.00 |
| | Chase Bank Usa, Na, Po Box 15298 Wilmington, DE 19850 | | 304.00 | NA | NA | 0.00 |
| | Citibank/The Home Depot, Citicorp Cr Srvs/ Bankruptcy Po Box 790040 S Louis, MO 63129 | | 0.00 | NA | NA | 0.00 |
| | CODILIS & ASSOCIATES, 15W030 N FRONTAGE RD Willowbrook, IL 60527 | | 0.00 | NA | NA | 0.00 |
| | KOCH & ASSCOIATES PC, 5947 WEST 35TH ST Cicero, IL 60804 | | 0.00 | NA | NA | 0.00 |
| | Peoples Gas, 200 E Randolph St 20th Floor Chicago, IL 60601 | | 64.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Tnb-Visa (TV) / Target, C/O Financial & Retail Services Mailstop BV PO Box 9475 Minneapolis, MN 55440 | | 1,506.00 | NA | NA | 0.00 |
| 1 | Synchrony Bank | 7200-000 | 2,493.00 | 2,493.36 | 2,493.36 | 2,493.36 |
| | Synchrony Bank | 7990-000 | NA | NA | NA | 23.17 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 11,132.00 | $ 2,493.36 | $ 2,493.36 | $ 2,516.53 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 16-29423 | CAD | Judge: | Carol A. Doyle | Trustee Name: | STEVEN R. RADTKE |
|---|---|---|---|---|---|---|
| Case Name: | Hugo Alvarez | | | | Date Filed (f) or Converted (c): | 09/15/2016 (f) |
| | | | | | 341(a) Meeting Date: | 10/17/2016 |
| For Period Ending: | 07/09/2018 | | | | Claims Bar Date: | 10/23/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 1. 3458 W 72Nd St Chicago Il 60629-0000 Cook | 95,000.00 | 95,000.00 | | 0.00 | FA |
| 2. 2006 Saturn Vue Mileage: 128704 Location: 3458 W. 72Nd St, C | 2,990.00 | 2,990.00 | | 0.00 | FA |
| 3. Stove And Refrigerator Location: 3458 W. 72Nd St, Chicago Il | 50.00 | 0.00 | | 0.00 | FA |
| 4. Pots And Pans And Cooking Utensils Location: 3458 W. 72Nd St | 30.00 | 0.00 | | 0.00 | FA |
| 5. Dining Room Table With 5 Chairs Location: 3458 W. 72Nd St, C | 120.00 | 0.00 | | 0.00 | FA |
| 6. Microwave Location: 3458 W. 72Nd St, Chicago Il 60629 | 15.00 | 0.00 | | 0.00 | FA |
| 7. Tv Unit With Shelf Location: 3458 W. 72Nd St, Chicago Il 606 | 100.00 | 0.00 | | 0.00 | FA |
| 8. Love Seat And Couch Location: 3458 W. 72Nd St, Chicago Il 60 | 60.00 | 0.00 | | 0.00 | FA |
| 9. 2Coffee Table And Console And Center Table Location: 3458 W. | 50.00 | 0.00 | | 0.00 | FA |
| 10. 3 Twin Size Beds With Bunk System Location: 3458 W. 72Nd St, | 75.00 | 0.00 | | 0.00 | FA |
| 11. 1 Queen Size Bed With Frame Location: 3458 W. 72Nd St, Chica | 50.00 | 0.00 | | 0.00 | FA |
| 12. Washer And Dryer Location: 3458 W. 72Nd St, Chicago Il 60629 | 100.00 | 0.00 | | 0.00 | FA |
| 13. 3 Small Tvs Location: 3458 W. 72Nd St, Chicago Il 60629 | 150.00 | 0.00 | | 0.00 | FA |
| 14. Cell Phone Location: 3458 W. 72Nd St, Chicago Il 60629 | 50.00 | 0.00 | | 0.00 | FA |
| 15. Undergarments, Shirts, Shoes, Pants And Other Wearing Appare | 200.00 | 0.00 | | 0.00 | FA |
| 16. Cash | 20.00 | 0.00 | | 0.00 | FA |
| 17. Chase Ending 7738 Po Box 659754 San Antonio, Tx 78265-9754 * | 428.73 | 0.00 | | 0.00 | FA |
| 18. Chase Checking Account Ending 3923 Po Box 659754 San Antonio | 152.43 | 0.00 | | 0.00 | FA |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No: | 16-29423 | CAD | Judge: | Carol A. Doyle | Trustee Name: | STEVEN R. RADTKE |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | Hugo Alvarez | | | | Date Filed (f) or Converted (c): | 09/15/2016 (f) |
| | | | | | 341(a) Meeting Date: | 10/17/2016 |
| For Period Ending: | 07/09/2018 | | | | Claims Bar Date: | 10/23/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 19. 2015 Federal Tax Refund Location: 3458 W. 72Nd St, Chicago | 7,301.00 | 0.00 | | 0.00 | FA |
| 20. 2015 State Tax Refund Location: 3458 W. 72Nd St, Chicago Il | 948.00 | 0.00 | | 0.00 | FA |
| 21. Unscheduled 2016 Federal tax refund (u) | 8,891.00 | 8,891.00 | | 8,891.00 | FA |
| 22. Unscheduled 2016 State tax refund (u) | 760.00 | 760.00 | | 760.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values) $117,541.16 $107,641.00 $9,651.00 $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

6/2018 Waiting for checks to clear then prepare TDR

5/2018 TFR approved by US Trustee; hearing on TFR/fee petitions set for 6/20/18

4/2018 Work on fee petition and trustee's final report

2/2018 Confirm creditor list; confirm secured creditor's position re deficiency claim

10/2017 Continued investigation of claims

9/2017 Receipt of 2016 State of Illinois tax refund received

7/2017 Case reopened to administer unscheduled 2016 tax refund received

10/12/16 IRS Refund Intercept letter sent

10/16 Anticipated 2015 tax refund; still being processed

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

Initial Projected Date of Final Report (TFR): 12/31/2017     Current Projected Date of Final Report (TFR): 06/30/2018

Exhibit 8

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 16-29423 | Trustee Name: STEVEN R. RADTKE |
| Case Name: Hugo Alvarez | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX6396 |
| | Checking |
| Taxpayer ID No: XX-XXX7851 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 07/09/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/21/17 | 21 | United States Treasury<br>Kansas City, MO | Tax refund | 1224-000 | $8,891.00 | | $8,891.00 |
| 08/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $8,881.00 |
| 09/08/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $13.20 | $8,867.80 |
| 09/28/17 | 22 | Hugo Alvarez | Unscheduled 2016 State tax refund | 1224-000 | $760.00 | | $9,627.80 |
| 10/06/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $12.87 | $9,614.93 |
| 06/21/18 | 1001 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL  60603<br>, | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $851.90 | $8,763.03 |
| 06/21/18 | 1002 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL  60603<br>, | Final distribution representing a payment of 100.00 % per court order. | 2200-000 | | $3.10 | $8,759.93 |
| 06/21/18 | 1003 | Synchrony Bank<br>C/O Pra Receivables Management, Llc<br>Po Box 41021<br>Norfolk Va 23541 | Final distribution to claim 1 representing a payment of 100.00 % per court order. | | | $2,516.53 | $6,243.40 |
| | | | ($23.17) | 7990-000 | | | |
| | | Synchrony Bank | Final distribution to claim 1 representing a payment of 100.00 % per court order. ($2,493.36) | 7200-000 | | | |
| 06/21/18 | 1004 | Hugo Alvarez<br>3458 W. 72ND ST<br>CHICAGO, IL  60629 | Distribution of surplus funds to debtor. | 8200-002 | | $6,243.40 | $0.00 |
| | | | Page Subtotals: | | $9,651.00 | $9,651.00 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

|  |  |  |
|---|---:|---:|
| COLUMN TOTALS | $9,651.00 | $9,651.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $9,651.00 | $9,651.00 |
| Less: Payments to Debtors | $0.00 | $6,243.40 |
| Net | $9,651.00 | $3,407.60 |

Exhibit 9

Page Subtotals: $0.00 $0.00

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX6396 - Checking | $9,651.00 | $3,407.60 | $0.00 |
|  | $9,651.00 | $3,407.60 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $9,651.00 |
| Total Gross Receipts: | $9,651.00 |